CHRISTINA TAUER, Respondent, v. GEORGE J. BROWN and Another, Appellants.

— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.